UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LAURA LYNN, | ) | No. CV 09-08717-PSG (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING |
| ALAN FRIEDENTHAL, et al., | ) ) | DEFENDANTS COMMISSIONERS FRIEDENTHAL, PADILLA, LOS ANGELES |
| Defendants. | ) ) | COUNTY SUPERIOR COURT AND MICHAEL HOWARD |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss, Plaintiff's Response to Motion to Dismiss, Defendants' Reply, Plaintiff's Motion for Reconsideration of Order Granting Dismissal of Complaint Against Defendant Michael Howard(Docket No. 16)and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation;(2) granting Defendants Commissioner Friedenthal, Commissioner Padilla and the Superior Court's Motion to Dismiss; (3) denying Plaintiff's Motion for

1  Reconsideration [Docket No. 16]; and (4) directing that Judgment be
2  entered dismissing Defendants Commissioners Friedenthal, Padilla, Los
3  Angeles County Superior Court and Michael Howard from this action with
4  prejudice.

DATED:  March 8, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE