UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LAURA LYNN, | ) | No. CV 09-08717-PSG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ALAN FRIEDENTHAL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Defendants Commissioner Friedenthal, Commissioner Padilla, the Los Angeles County Superior Court and Michael Howard from this action with prejudice.

DATED:   March 8, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE