0

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAURA LYNN, | No. CV 09-08717-PSG (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING DEFENDANTS KENNETH P. SHERMAN, CARLSON, DE KLERK, SHERMAN & RALE'S MOTION FOR JUDGMENT ON THE PLEADINGS |
| v. | |
| ALAN FRIEDENTHAL, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint, Defendants' Motion for Judgment on the Pleadings, Plaintiff's Opposition, Defendants' Reply and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Court (1) approves the Findings and Recommendations of the United States Magistrate Judge; (2) directs that Defendants Kenneth P. Sherman, Carlson, De Klerk, Sherman and Rale's Motion for Judgment on the Pleadings be granted.

DATED: January 6, 2012

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE